UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL ADRIEN, )
)
              Petitioner, )
)
v. ) Civil Action No. 03-10279-PBS
)
BRUCE CHADBOURNE, )
)
             Respondent. )
)

## RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of the intention of the Department of Homeland Security ("DHS") to execute the removal order against Petitioner on **April 12, 2004** to Haiti. On February 11, 2004, this Court ordered that DHS provide at least one week's advance notice of any scheduled removal. On March 2, 2004, Respondent moved to dismiss this case.

Respectfully submitted,

BRUCE CHADBOURNE

By his attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3142

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____
3-26-04    /s/ _____
DATE       Assistant U.S. Attorney