UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL ADRIEN,<br>    Petitioner<br><br>v.<br><br>BRUCE CHADBOURNE<br>    Respondent | )<br>)<br>)   Civil Action No.: 04-10279-PBS<br>)<br>)<br>)<br>)<br>) |

**PETITIONER'S MOTION FOR ENLARGEMENT OF TIME
TO FILE OPPOSITION TO MOTION TO DISMISS**

Now comes the Petitioner, Daniel Adrien, through Counsel, and respectfully requests that this court grant an enlargement of time, to allow him to file his Opposition to Respondent's Motion to Dismiss Petitioner's Habeas Corpus Petition on or before April 13, 2004. In support of this request, Counsel states that he has been ill and has been treating at New England Medical Center.

Date: 4/7/04

Respectfully Submitted,
Daniel Adrien
the Petitioner
By his Attorney

Stephen A. Lagana, Esq.
Lagana & Associates
145 Essex Street
Lawrence, MA 01840
978-794-2331
BBO#: 565811

## CERTIFICATE OF SERVICE

I, Stephen A. Lagana, Counsel for the Respondent, hereby certify that on this date I have mailed, by first class mail, on this date, a copy of the enclosed Request for Enlargement of Time to:

Michael J. Sullivan, Esq.
Jeremy M. Sternberg, Esq.
Office of Immigration Litigation
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

Neil Cashman, Esq.
Department of Homeland Security
JFK Federal Building, Room 425
15 New Sudbury street
Boston, MA 02203

_____
Stephen A. Lagana, Esq.

4/7/04
Date