UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL ADRIEN,<br><br>　　　　　Petitioner,<br><br>v.<br><br>BRUCE CHADBOURNE,<br><br>　　　　　Respondent. | Civil Action No. 04-10279-PBS |

### SUPPLEMENTAL BRIEF IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS

Respondent hereby submits this supplemental brief in support of his motion to dismiss in order to alert the Court that on April 6, 2004, the Board of Immigration Appeals denied Mr. Adrien's motion to reopen. A copy of this denial is attached hereto as Exhibit 1.

Staying deportation until receiving a substantive decision on that motion to reopen was the entire factual predicate of Mr. Adrien's habeas petition. E.g., Petition ¶4 ("Summary of Issue": "Whether the US . . . can execute . . . a final order of removal, where a Motion to Reopen based upon ineffective notice is pending before the Board of Immigration Appeals."). Mr. Adrien has now had his motion to reopen decided (and denied) by the Board of Immigration Appeals. There is no longer any predicate to support his habeas petition and the petition should be dismissed.

WHEREFORE, Respondent respectfully requests that the Court allow his motion to dismiss in its entirety.

Respectfully submitted,

BRUCE CHADBOURNE

By his attorney,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Jeremy M. Sternberg
Jeremy M. Sternberg
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3142

Certificate of Service

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____

4-12-04    /s/ Assistant U.S. Attorney
DATE

2