UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL ADRIEN )<br>   Petitioner )<br>)<br>v. )<br>)<br>BRUCE CHADBOURNE )<br>   Resondent ) | Civ. No. 04-10279-PBS |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as attorney for petitioner, Daniel Adrien.

Dated: April 16, 2004

Respectfully submitted,
Daniel Adrien, by his attorney,

Paul M. Glickman BBO No. 550840
Glickman Turley, LLP
250 Summer Street
Boston, MA 02210
(617) 399-7770

### CERTIFICATE OF SERVICE

Paul M. Glickman certifies that on April    , 2004, he caused the above document to be hand delivered to AUSA Jeremy M. Sternberg, United States Attorneys Office, Suite 9200, 1 Courthouse Way, Boston, MA 02210.

Paul M. Glickman

1