UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 29 A 8: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANIEL ADRIEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-10279-PBS |
| ) | |
| BRUCE CHADBOURNE, ) | |
| ) | |
| Respondent. ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to the dismissal of this action as moot. The relief sought was a stay of removal pending a decision on Mr. Adrien's motion to the Board of Immigration Appeals ("BIA"). The BIA has now decided that motion, thereby mooting this dispute. Accordingly, the parties stipulate that this action shall be dismissed without costs and with

all rights of appeal waived.

|  |  |
|---|---|
| DANIEL ADRIEN | Respectfully submitted, |
| By his attorney, | BRUCE CHADBOURNE |
|  | By his attorney, |
| *Paul M. Glickman* / by gmat<br>Paul M. Glickman  *with permission*<br>Glickman Turley<br>250 Summer Street<br>Boston, MA 02210<br>(617) 720-4235 | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY<br><br>By:  *[signature]*<br>Jeremy M. Sternberg<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3142 |

Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each. Other party by mail/hand on _____

6/29/04    *[signature]*
DATE       Assistant U.S. Attorney

2